CATHERINE PROBST and EDWARD PROBST, Respondents, v. HENRY P. STEINBERG and Another, Appellants.— Judgment reversed and a new trial ordered, with costs to the appellants to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.; O'Malley and Cohn, JJ., dissent and vote to affirm.

In the Matter of the Application of WILLIAM L. LANGE, Petitioner, Appellant, against LEE THOMPSON SMITH, as Director of the Bureau of Real Estate of the Board of Estimate of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES KLINGENBECK and Others, for Payment of Award Made for Parcels Nos. 50 and 51 of the Damage Map, and in the Final Decree of the Supreme Court, as to Damage and Benefit, in the Proceeding to Acquire Title to East River Drive, from East 92nd Street to East 122nd Street, in the Borough of Manhattan, City of New York. BURNS BROS. and Others, Appellants; THE CITY OF NEW YORK and CHARLES KLINGENBECK and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements to respondents Charles Klingenbeck and others. No opinion. Present — Glennon, Untermyer, Cohn and Callahan, JJ.

DAVID PARIS, Appellant, v. THE NEW YORK TIMES COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [170 Misc. 215.]

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to the Real Property Required for the Opening and Extending of Exterior Street, from East 138th Street to East 144th Street; Grand Concourse, from East 138th Street to East 140th Street, etc., Where Not Heretofore Acquired for Street Purposes, and Excluding the Lands of the Interborough Rapid Transit Company, in the Borough of The Bronx, City of New York. MABEL POILLON and Others, Appellants; THE CITY OF NEW YORK, Respondent.— Final decree, so far as appealed from, unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.

CENTRAL HANOVER BANK AND TRUST COMPANY, Formerly CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee under a Certain Agreement of Trust Made by and between WOLCOTT C. FOSTER, as Grantor, and CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee, Dated March 3, 1927, Respondent, v. EDGAR W. FOSTER and Another, as Ancillary Executors, etc., of WOLCOTT C. FOSTER, Deceased, Appellants. CENTRAL HANOVER BANK AND TRUST COMPANY, Formerly CENTRAL UNION TRUST COMPANY OF NEW YORK, as Agent for WOLCOTT C. FOSTER under Agency Account No. 6374, Respondent, v. EDGAR W. FOSTER and Another, as Ancillary Executors, etc., of WOLCOTT C. FOSTER, Deceased, Appellants.— Judgments unanimously affirmed, with one bill of costs to respondent. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, etc., Required for the Opening and Extending of East River Drive from East 92nd Street to East 122nd Street, etc. LUZERNE COAL CORPORATION and Others, Appellants; CITY OF NEW YORK, Respondent.— Final decree, so far as appealed from, unanimously affirmed, with costs and disburse-